United States District Court
Southern District of Texas
**ENTERED**
January 10, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| CARLOS QUEMADA AND TRACEY QUEMADA, | § § § | |
| Plaintiffs, | § § | |
| VS. | § § | CIVIL ACTION NO. 4:18-cv-1072 |
| DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR ARGENT SECURITIES, INC., ASSET-BACKED PASS-THROUGH CERTIFICATES, SERIES 2006-W5, and OCWEN LOAN SERVICING, LLC, | § § § § § § § § | |
| Defendants. | § | |

## ORDER FOR DISMISSAL WITH PREJUDICE

Pursuant to the Joint Stipulation of Dismissal with Prejudice filed by the parties, the

Court dismisses all cause of action asserted by Carlos and Tracey Quemada against

Deutsche Bank National Trust Company, as Trustee for Argent Securities, Inc., Asset-

Backed Pass-Through Certificates, Series 2006-W5 and Ocwen Loan Servicing, LLC with

prejudice.  Each party will bear its own costs, attorneys' fees, and litigation expenses.

_____

THE HONORABLE LEE H. ROSENTHAL
UNITED STATES FEDERAL DISTRICT
COURT JUDGE